IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02184-RPM

SHARON FITZGERALD

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY and HOUGHTON MIFFLIN COMPANY,

    Defendants.

_____

**ORDER GRANTING**
**STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER, having come before the Court on the parties' **STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**, and the Court being fully advised,

    DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DONE this 5th day of July, 2006.

                                        s/Richard P. Matsch
                                        _____
                                        Senior U.S. District Court Judge

S:\RPMSec\MO\po5214.doc